## GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.

1625 MASSACHUSETTS AVENUE, N.W.
SUITE 700
WASHINGTON, D.C. 20036-2243

JOSEPH GUERRIERI, JR.
JOHN A. EDMOND
ROBERT S. CLAYMAN
JEFFREY A. BARTOS
CARMEN R. PARCELLI
SOYE KIM
ELIZABETH A. ROMA
ANGELA C. SERRANZANA
AARON D. LLOYD*

(202) 624-7400
FACSIMILE: (202) 624-7420

*ADMITTED IN MD ONLY. SUPERVISED
BY PRINCIPALS OF THE FIRM.

**MEMO ENDORSED**

June 7, 2007

**VIA OVERNIGHT DELIVERY**

Honorable Kenneth M. Karas
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 920
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/07

Re:   In re Northwest Airlines Corp.,
      Case No. 1:07-cv-03970 (KMK)

Dear Judge Karas:

As counsel for the Association of Flight Attendants-CWA, AFL-CIO ("AFA") in the above-captioned proceeding, I respectfully request an extension of the original June 11, 2007 deadline for filing our opening brief, setting the new deadline for July 13, 2007. This is AFA's first request for an extension in this matter, to which Appellee Northwest Airlines Corp. has consented, and will be submitting a stipulation to that effect later today.

Please contact me if you have any questions regarding this matter.

Respectfully,

Robert S. Clayman

Granted.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/11/07