GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.
Robert S. Clayman
D.C. Bar No. 419631
1625 Massachusetts Avenue, N.W., Suite 700
Washington, D.C. 20036
(202) 624-7400

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Hanan B. Kolko (HK 1307)
1350 Broadway, Suite 501
New York, New York 10018
(212) 239-4999

Counsel for Association of Flight Attendants – CWA, AFL-CIO

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7\18\07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ASSOCIATION OF FLIGHT ATTENDANTS – CWA, AFL-CIO

    Plaintiff – Appellant

NORTHWEST AIRLINES CORPORATION, et al,

    Defendant - Appellees

Case Nos. 07-03969 (BSJ)
07-03970 (KMK)

### NOTICE OF WITHDRAWAL OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff – Appellant Association of Flight Attendants – CWA, AFL-CIO ("AFA"), which appealed to the United States District Court for the Southern District of New York from the April 24, 2007 Orders in the above-captioned case denying AFA's Motion for Relief from Judgment and Order authorizing Debtors to Reject Their Collective Bargaining Agreement Covering Flight Attendants, and granting Debtors' Motion To Disallow And Expunge Claims Numbered 11283 and 11295 hereby withdraws those appeals.

Dated: New York, New York
July 11, 2007

    Respectfully Submitted,

    GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.

    By: /s/ Robert S. Clayman
    Robert S. Clayman (DC Bar No. 419631)
    Jeffrey A. Bartos (DC Bar No. 435832)

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/17/07